445 A.2d 235

Commonwealth v. Wilson, Appellant.

Submitted October 21, 1981. Vincent P. DiFabio, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.

445 A.2d 236

Commonwealth v. Yalenti, Appellant.

Argued February 9, 1982. Samuel Yalenti, appellant, in propria persona; Robert L. Eberhardt, Deputy District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.